UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DARRELL JONES, *pro se*,

    Plaintiff,

v.                                    Case No: 8:11-CV-435-T-30TBM

BONEFISH GRILL,

    Defendant.
_____/

# ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun, III (Dkt. #5). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.      The Report and Recommendation (Dkt. #5) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes,

including appellate review.

2. Plaintiff's motion to proceed *in forma pauperis* (Dkt. #2) is DENIED.

3. Plaintiff is directed to pay the requisite filing fee to the Clerk of Court within fourteen (14) days of the date of this Order.

4. Plaintiff is directed to submit an Amended Complaint that includes "a short and plain statement of the claim showing that [he] is entitled to relief" in compliance with Rule 8 of the Federal Rules of Civil Procedure.

5. Plaintiff's failure to pay the requisite filing fee and file an Amended Complaint in compliance with Rule 8 of the Federal Rules of Civil Procedure within fourteen (14) days of the date of this Order will result in the dismissal of this action without further notice.

**DONE** and **ORDERED** in Tampa, Florida on April 14, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Even\2011\11-cv-435.adopt 5.wpd