UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DARRELL JONES,** *pro se*,

    **Plaintiff,**

v.                           CASE NO: 8:11-CV-435-T-30TBM

**BONEFISH GRILL (OSI),**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Plaintiff has failed to comply with this Court's Order (Dkt. #6) entered on April 14, 2011, which directed him to pay the requisite filing fee and submit an Amended Complaint in compliance with Rule 8 of the Federal Rules of Civil Procedure within fourteen (14) days. It is therefore

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on May 9, 2011.

                                                            JAMES S. MOODY, JR.
                                                            UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel/Parties of Record

*F:\Docs\2011\11-cv-435.dismissal.wpd*